M. J. LAMPSON *v.* ESTATE OF ADAM HOBART, JR.

*Practice.    Right to open in the supreme court.*

Where exceptions are taken by both parties, the plaintiff assumes the initiative, and is entitled to open and close the argument in the supreme court.

IN this case, heard at the March Term of the supreme court, for the county of Orange, A. D. 1856, the plaintiff had two distinct claims which he was prosecuting against the estate of defendant. In the county court one was decided in his favor, and the other in favor of the estate.    Both parties excepted to the decision, and the exceptions on both sides were prosecuted before this court.    A question was made, in regard to which party should go forward in the argument.

BY THE COURT: We think, in the state in which this case is presented, the plaintiff is entitled to open and close the argument.    So far as the exceptions are concerned, the parties are equally entitled to the open and close.    We must then fall back upon the general ground, that the plaintiff assumes the initiative in the proceedings.

